# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| **v.** | ] | **2:18-cr-00502-ACA-SGC** |
| | ] | |
| **FREDI ADAME-HUANTE** | ] | |

## MEMORANDUM OPINION AND ORDER

Currently before the Court is Defendant Fredi Adame-Huante's Motion to Reconsider. (Doc. 23). Mr. Huante moves the court to reconsider its order (doc. 22), denying Mr. Huante's motion to suppress evidence found in the vehicle Mr. Huante was driving at the time of his arrest. As grounds for his motion, Mr. Huante contends that the court did not consider six specific statements made by the arresting officer at the suppression hearing.

In making its initial ruling, the court considered all of the testimony and evidence offered at the suppression hearing. And the court reviewed both the transcript and evidence upon receipt of this motion. All of the evidence, when taken as a whole, establishes that the officer had both probable cause to believe that Mr. Huante committed a traffic violation and reasonable suspicion to believe

that Mr. Huante and his passenger were engaged in criminal activity. The court therefore **DENIES** Mr. Huante's motion to reconsider.

**DONE** and **ORDERED** this March 12, 2019

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE